UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – CM/ECF LIVE, VER 5.0.3
EASTERN DIVISION

**KERRY SACHS,** *et al.,*

    **Plaintiffs,**

v.                                                   **CASE NO.: 1:12-cv-04156**

**BANKERS LIFE AND CASUALTY**        Honorable James B. Zagel
**COMPANY,** *et al.*

    **Defendant.**

### STIPULATION OF DISMISSAL WITH PREJUDICE AND JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL AND LEAVE TO FILE THE SETTLEMENT AGREEMENT WITH THE COURT UNDER SEAL

All of the parties in the above-captioned action, namely Plaintiffs Gary Doty, Aaron Gordon, Richard Macht, Adam Patterson, Blake H. Ryan, Paul Richard, Kerry Sachs, and Richard Waxman ("PLAINTIFFS"), and Defendant Bankers Life and Casualty Company ("BANKERS"), jointly move the Court, pursuant to **Federal Rule 41 (a)(1)(ii)**, to dismiss this action, which alleged violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.A. §§ 201 et seq. (the "FLSA"), with **prejudice**, and to approve, as required by the FLSA, the terms of the PLAINTIFFS' and the DEFENDANT'S (collectively the "PARTIES"), proposed Confidential Settlement Agreement and General Release ("AGREEMENT") which incorporates the terms of settlement reached by the PARTIES, subject to the approval of the Court.

The PARTIES will also be submitting the AGREEMENT to the Court for review, and, as set forth below, respectfully ask that the Court allow the PARTIES to submit the AGREEMENT under seal, at least in the first instance. The PARTIES believe that no prejudice will result by

maintaining the confidentiality of the AGREEMENT, and also believe the Court after reviewing the AGREEMENT would agree. Of course, the PARTIES will abide by the Court's preference in this regard.

The PARTIES submit that the proposed AGREEMENT is fair and reasonable, reached at arms' length, after substantial pre-trial proceedings, including, among other things, extensive briefing on DEFENDANT'S contested Motions to: (a) Dismiss three of the four Counts of the PLAINTIFFS' Complaint, and (b) Dismiss or, in the alternative, transfer the case from the District Court for the Southern District Court in Florida (where the case was originally filed) to this Court based on a choice of venue provision, which the Florida District Court held to be enforceable and resulted in the transfer by the Florida District Court to this Court. Following the transfer, this Court granted in part and denied in part DEFENDANT'S Motion to dismiss three of the Counts alleged in its Order of July 26, 2012 [DE 54]. Prior to entering into the proposed AGREEMENT, the PARTIES' respective counsel met, both by telephone and in person, on a number of occasions, exchanged precedents and had access to an initial round of interrogatories and documents under the Southern Florida District Court's FLSA Scheduling Order. The proposed AGREEMENT has, as indicated below and in the AGREEMENT itself, been approved by all of the PARTIES.

In summary, the proposed AGREEMENT represents the considered judgment of the PARTIES' counsel, after weighing all of the potential risks, resources and time that further litigation, including potential appeals, would entail, and the PARTIES agreement with counsels' conclusion.

WHEREFORE, all of the PARTIES to the above-captioned action hereby move the Court to Order, of So Order this document providing the following relief:

    A. Approving the Stipulation of Settlement, and entering a final Judgment dismissing this action, with prejudice, and in accordance with the terms of the PARTIES' proposed AGREEMENT;

    B. Grant the PARTIES leave to file the proposed AGREEMENT under seal;

    C. Approve the proposed AGREEMENT as fair and reasonable, and incorporate the terms of the proposed AGREEMENT in the final Judgment.

The respective undersigned PARTIES and their respective counsel, hereby stipulate and agree to: the Court entering a Judgment dismissing the above-captioned case with prejudice, and incorporating the terms of the proposed AGREEMENT; entering an Order permitting the PARTIES to submit the proposed AGREEMENT under seal; and approving the AGREEMENT as fair and reasonable.

**[PAGE INTENTIONALLY LEFT SHORT]**

Respectfully submitted,

Dated this 2nd day of August, 2012                    Dated this 2nd day of August, 2012

<u>*Alan C. Kauffman (via electronic mail consent)*</u>    /s/ *David K. Haase*
Alan C. Kauffman                                      David K. Haase (6201278)
Alan C. Kauffman & Associates, P.A.                   Raven A. Winters (6291077)
Counsel for Plaintiffs                                LITTLER MENDELSON, P.C.
Florida Bar No. 495042                                321 North Clark Street, Suite 1000
4400 North Federal Highway, Suite 122                 Chicago, IL 60654
Boca Raton, Florida 33431                             (312) 372-5520
Telephone: (561) 361-7500                             (312) 372-7880 (Fax)
Fax: (561) 361-7827

                                                      Attorneys for Defendant,
Attorney for Plaintiffs,                              *Bankers Life and Casualty Co.,*
*Kerry Sachs, et al.*

**CERTIFICATE OF SERVICE**

      This document was filed electronically on this 3rd day of August, 2012. Parties may access this filing via the Court's electronic filing system.

                                                /s/ David K. Haase
                                                  David K. Haase